[Criminal No. 251. Filed March 27, 1908.]

[94 Pac. 1134.]

GUISSEPPI MUSSO, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge.

The necessary facts are stated in the opinion.

W. G. Gilmore, for Appellant.

E. S. Clark, Attorney General, for the Territory.

PER CURIAM.—The appellant was convicted of murder of the second degree, and has appealed. His counsel has done nothing more than to cause the record of the case to be filed in this court. We have examined the record, and find no error therein. The judgment of the district court is therefore affirmed.

DOAN, J., not sitting.